IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER N. DAVID,
    Petitioner,

vs.                                    Case No. 3:11cv469/MCR/CJK

WENDELL HALL,
    Respondent.

_____

**REPORT AND RECOMMENDATION**

    Petitioner commenced this action on September 26, 2011, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). Petitioner later filed an amended petition (doc. 6) and supporting memorandum (doc. 7). On October 13, 2011, the Court entered an order (doc. 8) requiring petitioner to submit, within thirty (30) days, either two identical service copies of his amended petition and supporting memorandum, or payment in the amount of $7.00 to cover the cost of copying the documents for him. Petitioner was warned that failure to do so would result in a recommendation that this case be dismissed. Over thirty days elapsed, and the Court did not receive service copies or payment.

    On December 2, 2011, the Court ordered petitioner to show cause why this case should not be dismissed (doc. 12). Petitioner responded that he "tried to recreate 2 copies and on or around November 3, 2011 placed these items in the mail here at

Santa Rosa County Jail." (Doc. 13). The Court advised petitioner, in an order entered December 13, 2011 (doc. 14), that the Court did not receive the documents he referenced. The Court warned petitioner that this case would be dismissed unless he submitted the requisite service copies within fourteen days.

Over eight months elapsed, and petitioner still had not submitted the requisite service copies or payment. Accordingly, on August 20, 2012, the Court again ordered petitioner to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the Court. (Doc. 17). A copy of the order was mailed to petitioner at his address of record, the Santa Rosa County Jail, but was returned on August 27, 2012, as undeliverable, marked "Return to Sender, Attempted – Not Known, Unable to Forward. (Doc. 18). The Court ascertained petitioner's whereabouts from the Santa Rosa County Jail's online Inmate Lookup and, on September 10, 2012, re-mailed a copy of the order to petitioner's stated address upon release. The mail was not returned; however, petitioner still has not submitted service copies or payment (which he was ordered to do almost one year ago), and has not responded to the August 20, 2012 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the Court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 27th day of September, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).