**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHRISTOPHER N. DAVID,**

    **Petitioner,**

v.                                           **Case No. 3:11cv469/MCR/CJK**

**WENDELL HALL,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 27, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED**:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of October, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**